PATRICK DOHERTY, as Treasurer of Compressed Air, Foundation, Caisson, Tunnel, Subway, Sewer, Cofferdam Construction Local Union No. 147 of New York, New Jersey States and Vicinities, et al., Appellants and Respondents, *v.* JOSEPH V. MORESCHI, Individually and as President of International Hod Carriers', Building and Common Laborers' Union of America, et al., Respondents and Appellants, et al., Defendants.

Argued February 24, 1947; decided May 22, 1947.

*Hyman N. Glickstein* and *Daniel W. Meyer* for plaintiffs, appellants and respondents.

*Edmond B. Butler, Edward T. Galloway* and *Joseph E. Swierzbinski* for defendants, respondents and appellants appearing specially.

On plaintiffs' appeal: Order, so far as appealed from, affirmed, with costs. Fifth question certified answered in the negative. Other questions certified not answered. On appeal of defendant International Union: Orders, so far as appealed from, reversed and the motion of the defendant International Union granted, with costs. First and ninth questions certi-

fied answered in the negative. Other questions certified not answered. (See *Amon* v. *Moreschi,* 296 N. Y. 395, decided herewith.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.